**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00790-RPM-MJW

**RESTRICTED CASE**

UNITED STATES OF AMERICA, ex rel.,
TONYA CREEL,

      Plaintiff,

v.

SAM JAHANI, D.O., and
URGENT CARE, INC.

      Defendants.

---

**ORDER LIFTING RESTRICTED STATUS OF CASE**

---

This matter comes before the Court on the Government's Motion to Unrestrict Case. The Court having reviewed the motion and being fully advised hereby ORDERS as follows:

(1) The Clerk of the Court is hereby ordered to lift the restricted status of this case:

(2) The Court's previous Order Staying Case (Doc. 16) remains in place pending the resolution of <u>United States v. Jahani, et al.</u>, 11-cr-00302-CMA (D. Colo.).

Dated this 18th day of September, 2015.

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              _____

                                              Richard P. Matsch, Senior Judge