## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00790-RPM

UNITED STATES OF AMERICA, ex rel.
TONYA CREEL,

      Plaintiff,

vs.

SAM JAHANI, D.O., and
URGENT CARE, INC.

      Defendants.

_____

## ORDER OF DISMISSAL
_____

Pursuant to the Relator's Notice of Dismissal [Doc. 20] and the United States of

America's Notice of Consent to Dismissal [Doc. 22], it is

ORDERED that this case is dismissed without prejudice.

DATED: February 22nd, 2016

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____

                        Richard P. Matsch, Senior District Judge